# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 7, 2009

Charles R. Fulbruge III
Clerk

No. 08-61056
Summary Calendar

ESSIEN ITAM ESSIEN

Petitioner

v.

ERIC H. HOLDER, JR., U.S. Attorney General

Respondent

Petition For Review
Board Of Immigration Appeals
A096 028 307

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Petitioner Essien Itam Essien, proceeding pro se and in forma pauperis, petitions for review of the October 28, 2008 Final Order of Deportation or Removal of the Board of Immigration Appeals ("BIA"). Our review of the briefs, pleadings, and administrative record satisfies us that this Petition for Review should be dismissed in part and denied in part. As noted in the Respondent's appellate brief, (1) Petitioner has failed to set forth with specificity any

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

argument in support of the issues advanced for review; (2) we lack jurisdiction over the BIA's decision of March 18, 2009; (3) our jurisdiction to review the October 28, 2008 decision of the BIA is severely limited by Petitioner's failure to demonstrate exceptional circumstances with specificity; and (4) any disposition by this court of the BIA's denial of Petitioner's Motion To Reopen would be futile, mooting any such review.  Accordingly, the Petition for Review filed with this court by Petitioner is

DISMISSED in part and DENIED in part.